KUMBIER (ERWIN), Respondent, vs. RAMAKER and others, Defendants and Respondents, and KUMBIER (FRANK), Appellant.

For the appellant: *Ernest H. Pett* and *Sanborn, Blake & Aberg,* all of Madison.

For the respondents: *Charles Voigt, Werner & Clemens,* and *Fulton H. Leberman,* all of Sheboygan, and *Stephens, Sletteland & Sutherland* and *Marvin P. Verhulst* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.

STOLTE, Respondent, vs. STOLTE, Appellant.

For the appellant: *V. H. Cady* of Baraboo.

For the respondent: *H. E. Kjorstad* of Reedsburg, attorney, and *Grady, Farnsworth & Walker* of Portage of counsel.

*By the Court.*—Judgment affirmed.

SNYDER, Appellant, vs. FERGUSON, Respondent.

For the appellant: *Grotophorst, Quale & Langer* of Baraboo.

For the respondent: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.